# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CURTIS L. GIBSON, | : | CIVIL ACTION NO. 3:17-cv-0547 |
| Plaintiff | : | (Judge Munley) |
| v. | : | |
| CAPT. CROUCH, JR., *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, to wit, this 6th day of September 2018, upon consideration of Defendant Crouch's motion (Doc. 57) for summary judgment pursuant to Federal Rule of Civil Procedure 56, and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Defendant Crouch's motion (Doc. 57) for summary judgment is GRANTED in favor of Defendant Crouch and against Plaintiff.

2. Entry of Judgment is DEFERRED pending final resolution of this matter.[1]

BY THE COURT:

s/James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**

---

[1] Pending is a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) filed on behalf of Defendants Wiser, Brennan and Frock.